IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PAUL L. GORDON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3195

Opinion filed January 6, 2015.

Amended Petition Seeking Belated Appeal -- Original Jurisdiction.

Paul Gordon, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The amended petition seeking belated appeal is denied on the merits.

ROBERTS, RAY, and MAKAR, JJ., CONCUR.